# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 10−00970

**Chapter 13**

In re:

| | |
|---|---|
| Nicholas Luis Berido<br>HCR 3 Box 13096<br>Keaau, HI 96749 | Velma Maryanna Berido<br>HCR 3 Box 13096<br>Keaau, HI 96749 |

Social Security No.:
  xxx−xx−1548                                   xxx−xx−3029

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER OR JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above−entitled case the following order or judgment:

   Order Granting Motion To Reconsider Order Dismissing Case (Hearing on reconsideration of the order denying confirmation shall be held on 10/7/10 at 9:40 a.m.) (Related Doc # [53]) . Date of Entry: 9/16/2010. (DM)

The original order or judgment is on file at the Clerk's Office of this court. The document may be viewed at the bankruptcy court and is available for viewing on the Internet by using Pacer for a fee. Information on the PACER system can be found on the court's web page: **www.hib.uscourts.gov**

**Date: September 16, 2010**

**Address of the Bankruptcy Clerk's Office:**
1132 Bishop Street
Suite 250
Honolulu, HI 96813

Clerk of the Bankruptcy Court:

**Michael B. Dowling**

Telephone number:  (808) 522−8100

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: darlene             Page 1 of 1              Date Rcvd: Sep 16, 2010
Case: 10-00970                Form ID: hn044            Total Noticed: 18
```

The following entities were noticed by first class mail on Sep 18, 2010.
```
db/jdb       +Nicholas Luis Berido,   Velma Maryanna Berido,   HCR 3 Box 13096,   Keaau, HI 96749-9227
1004654      +American Express,   PO Box 981537,   El Paso, TX 79998-1537
1019239       American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
1004655      +Citibank/Sears,   PO Box 6189,   Sioux Falls, SD 57117-6189
1007043      +Department Stores National Bank/Macys,   Nco Financial Systems, Inc.,   PO Box 4275,
               Norcross, GA 30091-4275
1004657      +Goodyear Tire/Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
1004659      +HOME DEPOT/CITIBANK,   PO Box 6497,   Sioux Falls, SD 57117-6497
1004661      +Macys,   9111 Duke Blvd.,   Mason, OH 45040-8999
1004662      +Wells Fargo,   3201 N. 4th Ave.,   Sioux Falls, SD 57104-0700
1007271      +Wells Fargo Bank, N.A.,   4137 121st Street,   Urbandale, IA 50323-2310
1004663      +Wells Fargo Financial,   800 Walnut St.,   Des Moines, IA 50309-3891
1004664      +Wells Fargo Financial Bank,   P.O. Box 98752,   Las Vegas, NV 89193-8752
1008119      +Wells Fargo Financial Hawaii Inc,   4137 121st Street,   Urbandale IA 50323-2310
```

The following entities were noticed by electronic transmission on Sep 17, 2010.
```
1004656      +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM                           Credit Systems Int.,
               1277 Country Club Ln.,   Fort Worth, TX 76112-2304
1004658      +E-mail/Text: BANKRUPTCY@HFSFCU.ORG                         HFS FCU,   632 Kinoole St.,
               Hilo, HI 96720-3828
1004660      +E-mail/Text: resurgentbknotifications@resurgent.com                 LVNV Funding LLC,
               PO Box 10497,   Greenville, SC 29603-0497
1028701       E-mail/Text: resurgentbknotifications@resurgent.com                 LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
1015315       E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2010 03:04:55
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Department of Taxation, State of Hawaii
cr            Wells Fargo Financial Hawaii, Inc.
cr*          +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
1005836*      HFS FCU,   632 Kinoole Street,   Hilo, HI 96720-3894
                                                                                TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2010**                                **Signature:** *Joseph Speetjens*